# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

v.

CASE NUMBER:  06-7009M

STEFANI PLATT

Phillip Ogden

**THE DEFENDANT:**

Pleaded guilty to Count One of the Superceding Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offenses:
offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42-4-1301(7)(IV) | Driving Under the Influence of Alcohol or Drugs or Both | 09-21-05 | 1 |

The defendant is sentenced as provided in  this judgment in accordance with the findings and conclusions made in open court,  and incorporated herein by this reference.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The violation notice 2/X0523633 charging Driving Vehicle While Under Revocation is dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 15, 2006
_____
Date of Imposition of Judgment

s/ Craig B. Shaffer
_____
Signature of Judicial Officer

Craig B. Shaffer
U.S. Magistrate Judge
Name & Title of Judicial Officer

February 21, 2006
_____

Date

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| None | | | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ninety (90) days, eighty (80) days to be suspended on the condition that defendant successfully complete one year of unsupervised probation and comply with the terms and conditions of same. Defendant is directed to surrender on March 20, 2006.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## PROBATION

The defendant is hereby placed on unsupervised probation for a period of one (1) year. Defendant shall complete Level 2 Drug/Alcohol Counseling and pay for the costs of same within one year of this order. Defendant is directed to complete sixty (60) hours of community service, twenty (20) of those hours to be with the MADD organization or a similar organization. Defendant shall pay her fines and fees at the rate of $50.00 per month until they are paid in full. No payment shall be missed.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth above.

| Count | Fees and costs | Fine | Restitution |
|---|---|---|---|
| spec. asmt. | $25.00 | $500.00 | |
| pro.fee | $25.00 | | |
| **TOTALS** | $50.00 | $500.00 | $0.00 |